IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHIRLEY APPELL, individually and as heir at law and the representative of the Estate of Shawn Appell,<br>    *Plaintiff*,<br><br>v.<br><br>DONNY STEWART, SCOTTIE SCOGGINS in their individual capacities; SHERIFF BILL BLACKBURN, in his individual and official capacities; and LLANO COUNTY,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL NO. 1:12-CV-1027-SS<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

Plaintiff Shirley Appell, individually and as heir at law and the representative of the Estate of Shawn Appell, and Defendants Donny Stewart and Scottie Scoggins, in their individual capacities; Sheriff Bill Blackburn, in his individual and official capacities; and Llano County file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1.    Plaintiff is Shirley Appell, individually and as heir at law and the representative of the Estate of Shawn Appell. Defendants are Donny Stewart and Scottie Scoggins, in their individual capacities; Sheriff Bill Blackburn, in his individual and official capacities; and Llano County.

2.    Plaintiff initiated this suit on November 8, 2012.

3.    Defendants Sheriff Bill Blackburn, in his individual and official capacities, and Llano County answered Plaintiff's Complaint on January 18, 2013.

4.    Defendant Scottie Scoggins, in his individual capacity, answered Plaintiff's Complaint on February 13, 2013.

5.    Defendant Donny Stewart, in his individual capacity, answered Plaintiff's Complaint

on February 14, 2013.

6. Plaintiff moves to dismiss her claims against Defendants Donny Stewart and Scottie Scoggins, in their individual capacities; Sheriff Bill Blackburn, in his individual and official capacities; and Llano County.

7. Defendants Donny Stewart and Scottie Scoggins, in their individual capacities; Sheriff Bill Blackburn, in his individual and official capacities; and Llano County agree to the dismissal of Plaintiff's claims against Defendants Donny Stewart and Scottie Scoggins, in their individual capacities; Sheriff Bill Blackburn, in his individual and official capacities; and Llano County.

8. This case is not a class action.

9. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

10. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

11. This dismissal as to Defendants Donny Stewart and Scottie Scoggins, in their individual capacities; Sheriff Bill Blackburn, in his individual and official capacities; and Llano County is with prejudice to refiling.

Respectfully submitted,

**TEXAS CIVIL RIGHTS PROJECT**
4920 North IH 35
Austin, Texas 78751
512.474.5073 (telephone)
512.474-0726 (telecopier)

By:   /s/ Brian McGiverin
      BRIAN MCGIVERIN
      State Bar No. 24067760
      WAYNE KRAUSE
      State Bar No. 24032644
      MICHELLE SMITH
      State Bar No. 24071265
      JAMES C. HARRINGTON
      State Bar No. 09048500

*Attorneys for Plaintiff*

**SKELTON & WOODY**
248 Addie Roy Road, Suite B-302
Austin, Texas 78746
512.651.7000 (telephone)
512.651.7001 (telecopier)

By:   /s/ J. Hampton Skelton
      J. HAMPTON SKELTON
      State Bar No. 18457700
      ALYSIA G. WIGHTMAN
      State Bar No. 00785245

*Attorneys for Defendant Donny Stewart*

**DAVID K. SERGI & ASSOCIATES, P.C.**
P. O. Box 887
San Marcos, Texas 78667
512.392.5010 (telephone)
512.932.5042 (telecopier)

By: /s/ David K. Sergi
 DAVID K. SERGI
 State Bar No. 18036000
 JOHN H. GILLIAM
 State Bar No. 24050660

*Attorneys for Defendant Scottie Scoggins*

**MCGINNIS LOCHRIDGE LLP**
600 Congress Avenue, Suite 2100
Austin, Texas 78701
512.495.6000 (telephone)
512.495.6093 (telecopier)

By: /s/ Michael Shaunessy
 MICHAEL SHAUNESSY
 State Bar No. 18134550
 ERIC A. JOHNSTON
 State Bar No. 24070009

*Attorneys for Defendants Sheriff Bill Blackburn, in his individual and official capacities; and Llano County*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of March, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Mr. Brian McGiverin
  Mr. Wayne Krause
  Ms. Michelle Smith
  Mr. James C. Harrington
  TEXAS CIVIL RIGHTS PROJECT
  4920 North IH 35
  Austin, Texas 78751
**Attorneys for Plaintiff Shirley Appell, individually and as heir at law and the representative of the Estate of Shawn Appell**

  Mr. Hamp Skelton
  Ms. Alysia G. Wightman
  SKELTON, WOODY & ARNOLD
  248 Addie Roy Road
  Austin, Texas 78746
**Attorneys for Defendant Donny Stewart**

  Mr. David K. Sergi
  Mr. John H. Gilliam
  DAVID K. SERGI AND ASSOCIATES, P.C.
  329 South Guadalupe Street
  San Marcos, Texas 78666
**Attorneys for Defendant Scottie Scoggins**

            /s/ Michael Shaunessy
            Michael Shaunessy
            Eric A. Johnston